ORIGINAL

1  CALLAHAN & BLAINE, APLC
   Daniel J. Callahan (Bar No. 91490)
2  Stephen E. Blaine (Bar No. 93529)
   Michael J. Wright (Bar No. 231789)
3  3 Hutton Centre Drive, Ninth Floor
   Santa Ana, California 92707
4  Tel: (714) 241-4444
   Fax: (714) 241-4445
5
   Attorneys for Plaintiff JOHN C. O'MALLEY
6  and JOHN C. O'MALLEY, a professional corporation
7  in California Superior Court, County of Orange Case No. 30-2011-00491511

8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA

10
11 ACCENTRA, INC., a New Jersey      ) CASE NO. 2:10-CV-01164-DSF (EX)
   corporation; and WORKTOOLS,      )                         JAK
12 INC., a California corporation    )
                                     ) NOTICE OF LIEN
13        Plaintiffs,                )
                                     )
14    v.                             )
                                     )
15 ACCO BRANDS CORPORATION,          )
   a Delaware corporation; and ACCO )
16 BRANDS USA LLC, a Delaware        )
   corporation; and DOES 1-10,      )
17                                   )
          Defendants.                )
18                                   )
19 _____   )
20
21        **PLEASE TAKE NOTICE** that pursuant to applicable law, the written
22 Partnership Agreement, Separation Agreement and pending California Superior
23 Court, County of Orange Case Number 30-2011-00491511, John C. O'Malley and
24 John C. O'Malley, a professional corporation, hereby claim and assert an equitable,
25 legal and contractual lien on any judgment, settlement, or other payments made for
26 or on behalf of MICHAEL J. AVENATTI, an individual; AVENATTI &
27 ASSOCIATES, a professional corporation; MICHAEL EAGAN, an individual;
28 EAGAN O'MALLEY & AVENATTI, LLP, a California limited liability

1

NOTICE OF LIEN

partnership; EAGAN AVENATTI, LLP, a California limited liability partnership, in the amount of any and all gross recovery.

Pertinent information about the lien claimants and contact person is as follows:

John C. O'Malley and John C. O'Malley, a professional corporation
c/o Stephen E. Blaine
**CALLAHAN & BLAINE, APLC**
3 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707
Tel: (714) 241-4444

**DEMAND IS HEREBY MADE** that any and all such proceeds be delivered over to Callahan & Blaine, APLC, to be held in trust pending further court order. Your attention is respectfully directed to Levin v. Gulf Insurance Group, 69 Cal.App.4th 1282, 82 Cal.Rptr.2d 228 (1999), Cetenko v. United California Bank, 30 Cal.3d 528, 179 Cal.Rptr. 902 (1982), Siciliano v. Fireman's Fun Ins. Co., 62 Cal.App.3d 745, 133 Cal.Rptr. 376 (1976) and Fracasse v. Brent, 6 Cal.3d 784 (1972), for further particulars regarding the rights and liabilities of the parties, their counsel, representatives and agents with respect to this lien and any violation thereof.

Dated: August 8, 2011

**CALLAHAN & BLAINE, APLC**

By: *[signature]*
Michael J. Wright

Attorneys for Plaintiff JOHN C. O'MALLEY and JOHN C. O'MALLEY, a professional corporation

G:\Clients\3197\3197.02\Pleading\Notices of Lien\Notice of Lien-Accentra.wpd

2

NOTICE OF LIEN

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On **August 8, 2011,** I served the foregoing document(s) entitled:

**NOTICE OF LIEN**

on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

*PLEASE SEE ATTACHED SERVICE LIST*

[X]   VIA U.S. MAIL: I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 8, 2011,** at Santa Ana, California.

_____
Kerie Goldsmith

## SERVICE LIST

| | |
|---|---|
| Michael J. Avenatti, Esq.<br>Scott H. Sims, Esq.<br>**EAGAN, AVENATTI, LLP**<br>450 Newport Center Drive, 2nd Floor<br>Newport Beach, CA 92660 | Michael Quinn Eagan, Esq.<br>**EAGAN, AVENATTI, LLP**<br>3 Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |
| Kenneth B. Black, Esq.<br>Matthew D. Thayne, Esq.<br>**STOEL RIVES LLP**<br>Suite 1100, One Utah Center<br>201 South Main Street<br>Salt Lake City, UT 84111 | Alan Chen, Esq.<br>**FOX ROTHSCHILD LLP**<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506 |
| Michael Ward<br>**ACCO BRANDS CORPORATION**<br>300 Tower Parkway<br>Lincolnshire, IL 60069 | |