# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-01164 JAK (Ex) | Date | December 9, 2011 |
|---|---|---|---|
| Title | Accentra, Inc. et al.v. Acco Brands Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On December 8, 2011, plaintiffs/counterdefendants filed "Notice of Settlement" (Dkt. 55).  The Court sets an Order to Show Cause re Dismissal for January 23, 2012 at 1:30 p.m.  If the parties file a dismissal by January 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The December 12, 2011 Post Mediation Status Conference, June 25, 2012 Final Pretrial Conference, July 6, 2012 Exhibit Conference, and July 10, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

Initials of Preparer   ak