JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCENTRA, INC., a New Jersey corporation; and WORKTOOLS, INC., a California corporation, | CASE NO.: CV-10-01164 JAK-E |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| ACCO BRANDS CORPORATION, a Delaware corporation; and ACCO BRANDS USA LLC, a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

The Court, having considered the parties' Stipulation to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action (including all claims and counterclaims asserted herein), is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

The Order to Show Cause hearing, previously set for January 23, 2012, is hereby vacated.

Dated:  January 20, 2012

The Honorable John A. Kronstadt
United States District Judge

-1-                                    PROPOSED ORDER TO DISMISS

LA1 196042v1 01/19/12